IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARCUS MONTEZ SPANGLER,**       ) | |
| )                                   | |
| Plaintiff,                        ) | |
| )                                   | CIVIL ACTION NO. |
| v.                                ) | 2:16cv844-MHT |
| )                                   | (WO) |
| **T. PITTMAN, et al.,**           ) | |
| )                                   | |
| Defendants.                       ) | |

### OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging that defendant officers took away his wheelchair and subjected him to unnecessary, excessive force while incarcerated at Bullock Correctional Facility.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed due to plaintiff's abandonment of the case. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of March, 2017.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**